DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JOHN CHRISTOPHER DIENST,

Appellant,

v.

STATE OF FLORIDA,

Appellee

No. 2D23-344

_____

December 20, 2023

Appeal from the Circuit Court for Sarasota County; Donna M. Padar, Judge.

Howard L. Dimmig, II, Public Defender, and Kevin Briggs, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Lydon Schultz, Assistant Attorney General, Tampa; and Laura Dempsey, Assistant Attorney General, Tampa (substituted as counsel of record), for Appellee.


PER CURIAM.

      Affirmed.

SILBERMAN, BLACK, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.